# United States District Court 
---------------------------------- DISTRICT OF SOUTH DAKOTA --------------------
SOUTHERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

**ORDER**

v.

ARACELIO LAZARO GARRIDO,

    Defendant.

CASE NUMBER: CR. 09-40094-01

Pending is Defendant's Motion to Reconsider Conditions of Release (Doc. 45). The arguments of counsel were considered at the December 8, 2009, hearing. After considering the motion and the entire file herein, it is hereby

ORDERED that Defendant's Motion (Doc. 45) is GRANTED and Condition 9(i) of the Order Setting Conditions of Release is lifted.

Dated this __8__ day of December, 2009.

    BY THE COURT:

    John E. Simko
    United States Magistrate Judge